IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAMUEL C. SHOUMAKE,

     Petitioner,

                                     JUDGMENT IN A CIVIL CASE

v.                                    Case No. 09-cv-643-bbc

CAROL HOLINKA, Warden,

     Respondent.

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB  presiding.  The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing petitioner Samuel C.

Shoumake's petition for a writ of habeas corpus for petitioner's failure to exhaust his

administrative remedies.

_Peter Oppeneer_ _____
Peter Oppeneer, Clerk of Court

NOV 1 7 2009
_____
Date